# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132900-01

JEFFREY M. RUPERSBURG,
       Plaintiff-Appellee,
v

ETKIN SKANSKA CONSTRUCTION
COMPANY OF MICHIGAN, f/k/a A.J. ETKIN
CONSTRUCTION COMPANY, and BAKER
CONCRETE CONSTRUCTION, INC.,
       Defendants-Appellees,
v

WHALEY STEEL CORPORATION,
       Defendant-Appellant,
and

L.W. CONNELLY & SON, INC.,
       Defendant.
_____

SC: 132900
COA: 262560
Oakland CC: 2000-023553-NO

JODI L. RUPERSBURG and JEFFREY M.
RUPERSBURG,
       Plaintiffs-Appellees,
v

ETKIN SKANSKA CONSTRUCTION
COMPANY OF MICHIGAN, f/k/a A.J. ETKIN
CONSTRUCTION COMPANY, and BAKER
CONCRETE CONSTRUCTION, INC.,
       Defendants-Appellees,
v

WHALEY STEEL CORPORATION,
       Defendant-Appellant,
and

L.W. CONNELLY & SON, INC.,
       Defendant.
_____/

SC: 132901
COA: 262561
Oakland CC: 2002-045346-NO

On order of the Court, the application for leave to appeal the November 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

t0319